IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01326-RPM-BNB

PROTOFUND MORTGAGE CORPORATION,

    Plaintiff,

v.

DEUTSCHE BANK SECURITIES, INC., and
REO PROPERTIES CORPORATION,

    Defendant.

---

## ORDER OF DISMISSAL

---

Pursuant to the Stipulation of Dismissal [29] filed on February 25, 2008, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated: February 26, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge